UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

JFL Enterprises & Holdings, LLC, et al

      v.                            Case No. 04-cv-314-JD

Town of New Boston, et al

O R D E R

The court entered an order dismissing the above case on June 23, 2005 and judgment on June 27, 2005 for failure to comply with the June 1, 2005 order to either enter an appearance pro se, or have counsel file an appearance.   An appearance was filed by counsel on June 20, 2005 and not docketed before the above orders were entered.   Due to clerical error the above case was closed.

It is hereby ordered that the Order dated June 23, 2005 and the Judgment dated June 27, 2005 are vacated, and the case is reopened.

SO ORDERED.


June 29,   2005                                         /s/ Joseph A. DiClerico, Jr.
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge


cc:     Gordon R. Blakeney, Jr., Esq.
        Stephen A. Duggan, Esq.
        Charles Bauer, Esq.
        R. Peter Taylor, Esq.
        John Paul Kacavas, Esq.
        David L. Nixon, Esq.