**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

J.F.L. Enterprises & Holdings, L.L.C., et al.


        v.                                    Civil No. 04-cv-314-JD

Town of New Boston, et al.


                        **O R D E R**

        Plaintiffs' motion to dismiss includes a request to waive

electronic filing for purposes of this motion (and any

objections).  The request is granted although the clerk may scan

in the paper filings.

        **SO ORDERED.**

                        _____
                        James R. Muirhead
                        United States Magistrate Judge

Date: August 3, 2005

cc:   Charles P. Bauer, Esq.
      Gordon R. Blakeney, Jr., Esq.
      Stephen A. Duggan, Esq.
      John Paul Kacavas, Esq.
      David L. Nixon, Esq.
      R. Peter Taylor, Esq.