UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


JFL Enterprises and
Holdings, LLC, et al.

          v.                          Civil No. 04-cv-314-JD

Town of New Boston, et al.


                            O R D E R


     The plaintiffs brought suit against the Town of New Boston

and twelve individuals who are or have been active in town

government, alleging that the defendants treated them unfairly in

their efforts to develop property in the town.  After the case

remained pending for more than a year, with little progress, the

plaintiffs moved to dismiss the case without prejudice.  The

defendants objected and moved to dismiss the case with prejudice.

     On September 8, 2005, the court issued an order giving the

plaintiffs the option of dismissal without prejudice on the

condition that, within forty-five days of the date of the order,

they reimburse the defendants' for their reasonable attorneys'

fees and costs incurred in the litigation.  Alternatively, if the

plaintiffs did not fulfill that condition within the time

allowed, the order stated that the case would be dismissed with

prejudice.  The defendants filed a motion on November 7, 2005,

seeking a dismissal with prejudice because the plaintiffs had not

reimbursed them within forty-five days of the September 8, 2005,
order.  The plaintiffs did not respond to the defendants' motion.

Therefore, because the plaintiffs' failed to fulfill the
condition necessary for a dismissal without prejudice, the case
is dismissed with prejudice.

### Conclusion

For the foregoing reasons, the defendants' motion to dismiss
(document no. 66) is granted.  The case is dismissed with
prejudice.  The clerk of court shall enter judgment accordingly
and close the case.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

November 30, 2005

cc:  Charles P. Bauer, Esquire
     Gordon R. Blakeney, Jr., Esquire
     Stephen A. Duggan, Esquire
     John Paul Kacavas, Esquire
     David L. Nixon, Esquire
     R. Peter Taylor, Esquire

2